Elliot Gale (State Bar No. 263326)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Tamara Gums

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| TAMARA GUMS<br><br>    Plaintiff,<br><br>vs.<br><br>KOHL'S DEPARTMENT STORES, INC.<br>    Defendant. | Case No.: 2:18-cv-02178-JAM-KJN<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF DEFENDANT KOHL'S DEPARTMENT STORES, INC.** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**IT IS HEREBY STIPULATED** by and between Plaintiff Tamara Gums and Defendant Kohl's Department Stores, Inc., that Kohl's Department Stores, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs. The settlement between the Parties was fully completed while Plaintiff was represented by Sagaria Law, P.C.

DATED: December 4, 2019              **Gale, Angelo, Johnson, & Pruett, P.C.**

By: _/s/ Elliot Gale_
Elliot Gale
Attorneys for Plaintiff
Tamara Gums

DATED: December 4, 2019              **Kelley Drye & Warren LLP**

By: _/s/ Tahir Lynn Boykins_
Tahir Lynn Boykins
Attorneys for Defendant
Kohl's Department Stores, Inc.