Elliot Gale (State Bar No. 263326)
egale@gajplaw.com
Gale, Angelo, Johnson, & Pruett, P.C.
1430 Blue Oaks Blvd., Ste. 250
Roseville, California 95747
Telephone: 916-290-7778
Facsimile: 916-721-2767

Attorneys for Plaintiff
Tamara Gums

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

| | |
|---|---|
| TAMARA GUMS,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>KOHL'S DEPARTMENT STORES, INC.<br>　　　　　　Defendant. | Case No.: 2:18-cv-02178-JAM-KJN<br><br>**ORDER** |

## ORDER

Pursuant to the stipulation of the Parties, Kohl's Department Stores, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: 12/6/2019　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　　　Hon. JOHN A. MENDEZ
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE